# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. SALAZAR | Case No.:  2:23-cv-00627-CKD |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security | |
| Defendant. | |

Based upon the stipulation of the parties (ECF No. 12), and for good cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include July 31, 2023, in which to file Plaintiff's Opening Brief; and all other deadlines set forth in the Supplemental Rules for Social Security Actions, Rules 6-8 shall be extended accordingly.   IT IS SO ORDERED.

Dated:  June 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE